**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00843-CV

————————————

**VINCENT YOUNG, Appellant**

**V.**

**PRO PLAYER FUNDING, LLC, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-58323**

---

## MEMORANDUM OPINION

Appellant, Vincent Young, has filed an unopposed motion requesting that we dismiss his appeal and expedite issuance of the mandate. No prior opinion has issued. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The clerk of this Court is directed to issue mandate immediately. *See* TEX. R. APP. P. 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.